UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN EDWARD RUDE,<br><br>Petitioner,<br><br>v.<br><br>HUNTER ANGLEA, Warden,<br><br>Respondent. | NO. EDCV 19-403-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Amended Report and Recommendation of the United States Magistrate Judge. No objections to the Amended Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is denied. Respondent is ordered to file an Answer within 75 days after entry of this order.

This matter is referred back to the Magistrate Judge for further proceedings.

Dated: April 2, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE