JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN EDWARD RUDE,<br><br>      Petitioner,<br><br>  v.<br><br>HUNTER ANGLEA, Warden,<br><br>      Respondent. | NO. 5:19-cv-403-JWH (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the First Amended Petition For Writ of Habeas Corpus in this matter is **DENIED** and **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: <u>April 2, 2024</u>

JOHN W. HOLCOMB
United States District Judge